## No. 13,510.

SMITH *v.* SCHREIBER ET AL.
(32 P. [2d] 1119)

Decided April 23, 1934.   Rehearing denied May 28, 1934.

Mr. GRANBY HILLYER, for plaintiff in error.

Mr. WILLIAM DILLON, for defendants in error.

## No. 13,248.

BORLAND *v.* JOHN F. SASS PRINTING COMPANY.
(32 P. [2d] 827)

Decided April 30, 1934.